# In the United States Court of Federal Claims

No. 23-1266C
(Filed: August 17, 2023)
**NOT FOR PUBLICATION**

```
***************************************
INTEROP-ISHPI JV, LLC,                *
                                      *
                    Plaintiff,        *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
                    Defendant.        *
                                      *
***************************************
```

## ORDER

The government has moved to dismiss this bid protest for lack of jurisdiction, arguing that corrective action by the agency has rendered Plaintiff's claims moot. *See* Motion (ECF 10). Plaintiff does not oppose dismissal. The motion to dismiss is therefore **GRANTED**.

Plaintiff's motion for leave to file its complaint under seal and motion for protective order (ECF 5) is hereby **GRANTED IN PART**. The Clerk is directed to **UNSEAL** the proposed redacted complaint (ECF 4). The motion is otherwise **DENIED AS MOOT**.

The case is **DISMISSED**.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge